UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NWM FACILITY SERVICES, INC.,<br><br>Defendant. | Case No. 1:24-cv-08183-AKH |

**~~(PROPOSED)~~ ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER OF RESTRAINT PURSUANT TO FED. R. CIV. P. 64 AND C.P.L.R. § 5229**

Plaintiff Arch Specialty Insurance Company's Motion for an Order of Restraint Pursuant to Fed. R. Civ. P. 64 and N.Y. C.P.L.R. § 5229, the accompanying memorandum of law, the record in this action, and upon all prior proceedings herein, and good cause appearing therefor, it is hereby:

**ORDERED**, that Plaintiff's Motion is GRANTED; and it is further;

**ORDERED**, that pursuant to Fed. R. Civ. P. 64 and N.Y. C.P.L.R. § 5229, Defendant NWM Facility Services, Inc., together with its officers, directors, agents, servants, employees, attorneys, successors, assigns, and all persons acting in concert with Defendant having notice of this Order, are restrained, pending entry of final judgment in this action, from selling, assigning, transferring, conveying, encumbering, secreting, dissipating, paying over, or otherwise disposing of any property in which Defendant has an interest, whether now held or hereafter acquired, up to the amount of $134,146.59, together with prejudgment interest, post-judgment interest, taxable costs, and disbursements; and it is further;

**ORDERED**, that this Order shall have the same force and effect as a restraining notice served pursuant to Article 52 of the New York Civil Practice Law and Rules, as provided by

N.Y. C.P.L.R. § 5229; and it is further;

**ORDERED**, that this restraint shall remain in effect until entry of final judgment in this action or further Order of the Court; and it is further; and

**ORDERED**, that nothing contained herein shall preclude Plaintiff from seeking such additional relief as may be authorized by law following entry of judgment.

Dated: Aug. 25, 2026

Alvin K. Hellerstein, U.S.D.J.