DAC BEACHCROFT

Septmeber 28, 2026

***VIA ECF***
Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Arch Specialty Ins. Co. v. NWM Facility Services, Inc.***
Case No. 1:24-cv-08183-AKH

Dear Judge Hellerstein:

We represent Plaintiff Arch Specialty Insurance Company in the above-referenced action. We write jointly with Defendant to advise the Court that the parties have reached a settlement in principle and are currently finalizing the settlement agreement and related documents.

The Court has scheduled an in-person pretrial conference for September 30, 2026, with a bench trial to commence on October 5, 2026. In light of the settlement in principle, the parties respectfully request that the Court adjourn the September 30 conference and October 5 trial while the parties finalize and execute the settlement documents.

The parties are diligently working to complete the settlement documentation and expect to do so shortly. The parties will promptly advise the Court once the settlement has been fully documented and will thereafter submit the appropriate dismissal papers.

We thank the Court for its consideration.

Respectfully Submitted,

*Vitaly Vilenchik*

Vitaly Vilenchik

cc: All Counsel of Record (*via* ECF)

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein

Alvin K. Hellerstein, U.S.D.J.
Date: September 28, 2026

DAC Beachcroft LLP
55 Broadway, Suite 1602, New York, NY 10006, USA
tel: +1 917 268 3905 fax: +1 212 346 9063

DAC Beachcroft - an international law firm
DAC Beachcroft LLP is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in England and Wales (registration number OC317852), which is authorised and regulated by the Solicitors Regulation Authority (authorisation number 440774). Please read our DAC Beachcroft group privacy policy at www.dacbeachcroft.com.